Patel v. Hamilton Medical Center, Inc. I think there are big questions about whether we have subject matter jurisdiction here. Yes, sir. I'll begin with that. We believe the district court did have subject matter jurisdiction, and we would rely upon the case of American Insurance Company v. Evercare Company. That's 430 Federal Appendix 795. That's a 2011 11th Circuit case. In that case, it states the question of subject matter jurisdiction under the Declaratory Judgment Act requires that the plaintiff show three things. First of all, that the plaintiff suffered some actual or threatened injury due to the defendant's conduct. That's the most important point, the first one. The second being the injury can be traced to the challenged action or conduct. And the third being that the injury is likely to be redressed by... That sounds like a standing decision. The question really here is whether you can invoke the Declaratory Judgment Act as the basis for federal jurisdiction when you don't have a federal claim for relief identified here. The only way that the federal issue arises is as a potential defense to your claims under state law. Yes, Your Honor, and the question of a claim for relief, I would point the court to GTE Directories Publishing Corporation v. Tryman. Again, a decision of this court in 1995. This court found that an actual case or controversy existed for adjudication under the Declaratory Judgment Act. I'm sorry to interrupt, but the problem is a subject matter problem, right? I mean, we don't have jurisdiction if there's not an underlying federal claim. And you can't have a federal claim under the statute that you invoke. It's only good for an affirmative defense. So how does that get us to federal question jurisdiction, which is what you're relying on? I do believe that under the GTE Directories case, the issue of potential liability formed the basis for jurisdiction. There was a finding of potential liability in that case. That's dealing with a different problem. That's dealing with whether there's a case or controversy, with whether the plaintiff has standing to complain about something. Here, the only federal law that you have invoked, as I understand it, is the Health Care Quality Improvement Act, right? Yes. And that law does not create a private right of action, does it? It addresses a private right of action. It creates or... It creates a defense from damages, right? It does create a defense from damages. It does not create a private right to damages or some form of relief. It just creates that defense. That's your problem. Okay. It creates a defense, but the defense is a question that arises under that particular act. And if there's no defense there, then the case can proceed. The case would be, though, a case under state law. A case under state law. Yes, sir. So we would ask the question... I mean, it seems to me you've really got two problems here. The other problem is that your claims for under state law that the district court rejected, you haven't appealed that ruling, which means that even if we thought you were right about this federal defense, we would not be able to give you any meaningful relief. It would be a moot point because you didn't appeal the judgment against your state law claims. And respectfully, Your Honor, we believe that the declaratory judgment ruling was, in essence, a predicate ruling on all issues in the case and that the court... Did you want to analyze your claims under state law and explain why they failed? The court did, but that analysis was... And you didn't appeal that. You didn't challenge that. Well, we believe that the appeal of the declaratory judgment ruling was an effective appeal of all the issues because that was everything else's condition upon the declaratory judgment ruling. So, we would call the court's attention, ask the court to look at the GTE directories case and ask for the question of... The third question posed by the court, whether the court should vacate or remand. The doctrine of mootness that was raised in that question, mootness may lead to an appeal being dismissed without being vacated. That doctrine is based on... Let's say that there's no federal claim for relief and we conclude that neither the district court nor we derivatively have federal question jurisdiction because there's no federal claim for relief implicated here. Shouldn't we, in that event, vacate the judgment and send you back to state court to start over? If that's what this court determines, then we would have to say that the only proper procedure at that point would be to vacate, to order the district court to dismiss for lack of subject matter jurisdiction and to start over in state court. That would be the only proper procedure in our opinion. Okay. Do you have anything else you want to tell us? Well, the jurisdictional issues seem to be in the forefront of the court's consideration. I'm happy to go on and argue certain points of the arguments presented in the briefs if the court would prefer for me to do that. You're able to use your time as you feel appropriate. Okay. Then I'll proceed. In the argument that the district court aired... Two minutes remaining. Thank you. District court aired in determining that the adequate notice and hearing requirements of the Health Care Quality Improvement Act, which I'll refer to as HICWA, the acronym HICWA, are met when a physician is required to prove his innocence by clear and convincing evidence prior to ever receiving notice and an opportunity to be heard concerning the charges against him. Now, as the court's aware, HICWA provides medical facilities with immunity from civil damages when the credential privileges are permanently taken from a doctor with adequate notice and hearing requirements. It's our contention that a notice and hearing requirement cannot be adequate when it places a burden on the physician to prove by clear and convincing evidence without a prior hearing of any kind, without subpoena power, that the recommendation for credential privilege to be permanently taken is not arbitrary and capricious. In effect, the standard of proof placed upon Dr. Patel in this case was so onerous that all the due process and all the procedures occurring thereafter were meaningless. Our second point, just to cover it briefly here in my remaining time, the district court erred in determining that Hamilton Medical Center took reasonable efforts to obtain the facts of the matter under investigation when Hamilton Medical Center acknowledged and admitted that it performed no investigation of the matter in question. The administrative action taken against Dr. Patel was based first in a PPEC committee based upon a report from a competitor that was later determined to be erroneous. Counsel, your time has expired. Thank you. Okay. Mr. Jourdain. I'm pronouncing that correctly. Yeah, this is Jourdain. Thank you, Your Honor. May it please the court, this is Bill Jourdain. I represent Hamilton Medical Center on this appeal. I believe the court has already properly framed the issues that are most important before the court this morning, that being the jurisdictional issue. In this regard, Your Honor, we will not address the merits of the case. We will simply rely on the arguments that we made in our briefs to support the opinion and the order and the judgment of the district court. On the issue of jurisdiction before this court this morning, I think that we really are on the horns of a dilemma. We have, on the one hand, subject matter jurisdiction that is likely lacking in the lower court. And on the other hand, we have that there is probably no jurisdiction in this court. In other words, no appellate jurisdiction. Well, they both go to jurisdiction in this court. I mean, if there's no federal question, then we don't have statutory jurisdiction either. Your Honor, I agree with that. I agree with that to a point. And, again, as I said, I think we're on the horns of a dilemma because, generally speaking, we don't have a situation like we have here where we have an issue in the lower court and then an issue, which is a separate and distinct issue, of the appellate jurisdiction. That was essentially addressed in the Church of Scientology of California case that this court cited. Yeah, but both of these actually go to our jurisdiction. But, counsel, do you agree we don't have subject matter jurisdiction here? Your Honor, based on the analysis of the court in its July 15th order, yes, I would agree that there was no proper federal question presented in the lower court. There was no coercive action that was identified to support the declaratory judgment action that was filed by Dr. Patel. In that regard, there was no subject matter jurisdiction likely in the district court. And you probably also agree that the appeal, even setting that aside, is moot. Yes, Your Honor, based upon the fact that Dr. Patel chose not to appeal his state law claim for breach of contract and damages, there is some controversy under Article III, Section 2, for this court to consider because any HCQA analysis, Health Care Quality Improvement Act analysis, went by the wayside when Dr. Patel chose not to appeal his claim for damages. So that does get us to question 3. If the court would like me to address question 3, what does the court do with the disposition of this appeal? And Your Honor, we believe that that issue essentially turns on the issues raised in several cases that I'd like to address with the court. First of all, Steel Company v. Citizens for a Better Environment, that's a U.S. Supreme Court case found at 523 U.S. 83. That's a 1998 case. In that case, the court said, on every writ or error of appeal, the first and fundamental question is that of jurisdiction first of this court and then of the court from which the record comes. I just don't know whether that really matters here when statutory jurisdiction here is derivative. That is, if there's no federal question jurisdiction under 1331, then that not only means the district court didn't have jurisdiction, but we didn't either. And so it seems to me the right thing to do here is to vacate the judgment of the district court and remand with instructions to dismiss. Otherwise, if we just dismiss the appeal, then Dr. Patel could certainly come forward in the district court and move to set aside that judgment as void for lack of subject matter jurisdiction, and the district court would be right to grant that. And if it didn't, he could take an appeal to us, and we'd have to. I mean, it just produced all kinds of unnecessary litigation at that point when we know well right now, as you conceded, the district court didn't have subject matter jurisdiction. Your Honor, I have to concede that point, that if Dr. Patel, if he met the requirements of Rule 60 and asked him to court to vacate his prior judgment, the question is whether he would be... It would be a void judgment. It could very well be, Judge. I guess, Your Honor, the concern that we have is whether this court under the holding in the Steele case can even reach the issue of the subject matter jurisdiction of the lower court when... Here's why I think we can, and that's because 1331 jurisdiction has to exist both in the district court and on appeal. We don't have it either if there's no federal question jurisdiction. That statutory jurisdiction for us is derivative. Your Honor, I agree with that to a point. Of course, this jurisdiction of this court is also predicated on Section 1291, which is a great deal of a final order of the district court. We have a final order. I get that. Yeah, I understand that. But if there's no federal question, we don't have jurisdiction. Your Honor, I would agree with that if we didn't have the concern, in this case, over whether there's appellate jurisdiction under... Let's say he had appealed the dismissal of the state law claims. Okay. If he had done that, we would be obliged to vacate, though, and remain with instructions to dismiss because of 1331, right? I agree with that, Judge. Yes. Okay. But the fact of the matter is, Judge, the intervening action of Dr. Patel in not appealing his breach of contract damages claim rendered this court incapable, in our opinion, of reaching the issue of the subject matter jurisdiction of the lower court, where the court must first consider whether or not it has a basis for jurisdiction. Because of mootness, this court, Your Honor, does not have jurisdiction of the appeal, and the proper remedy, where there's mootness, would be to vacate or dismiss the appeal and leave the lower court, district court judgment intact. And if you read the case of U.S. Bank Corp., again cited by this court in its July 15, 2020, order, U.S. Bank Corp. treats a situation like that as if the appeal was never filed at all. And so, if that had happened in this case, if Dr. Patel had never filed an appeal at all, then this court would not be considering the issue of subject matter jurisdiction. And, of course, as the court pointed out, Dr. Patel could seek relief from the district court to vacate the judgment of the court. That would not be the issue for this court. And, Judge, I'm also mindful of the case that was decided by this court. Chief Judge Pryor, you wrote this opinion, and, Judge Luck, you participated in this appeal. It's the Corley case, Corley v. Long, Lewis, Inc. It was decided by this court just 13 days ago on July 16, 2020. And in that case, the court said, we have a threshold obligation to ensure that we have jurisdiction to hear an appeal, or without jurisdiction, we cannot proceed at all in any cause. Because we are a court of limited jurisdiction, adjudicating an appeal without jurisdiction would offend fundamental principles of separation of powers. In practical terms, our jurisdiction must be both authorized by statute and within constitutional limits. I think it's the constitutional limits here and the basis of this court's jurisdiction founded in Section 1291 that creates the dilemma that I mentioned when I began my argument. That being, if this court lacks jurisdiction that flows from 1291, then the only option this court would have, based on what I've read in the Steele case and what I've just cited in the recent Corley case, which is an unpublished opinion, the court, at that point, would have to dismiss the appeal without vacating the lower court order. That is not an optimal result, as Your Honor has pointed out, because, again, it could breed additional litigation from the standpoint of a request by Dr. Patel to vacate the judgment below. But that is the correct decision, in our opinion, based upon a reading of the court in Steele and a reading of the court in Corley and also the case previously before this court, OFS Patel, which is also cited in the Corley case.  with respect to the question presented by the court in the July 15th order, that the court should dismiss this appeal and not vacate the opinion or the judgment of the lower court. Your Honor, with respect to the issues before the court is presented in the July 15th order, I'm prepared to address the subject matter jurisdiction issue in more detail. I'm also prepared to address the issue of mootness in more detail. It sounds like the court has, for the most part, a plan on those issues, but I would like to just briefly touch on the issue of the mootness. With respect to the mootness of the appeal as caused and procured by the actions of Dr. Patel, there is no question that the intervening cause of Dr. Patel resulted in the result that we have and the argument that we're now having with the court. That being, he caused this court to lack and lose jurisdiction due to mootness under Article 3, Section 2. In that regard, it's only fair for the court to dismiss the appeal and leave the judgment of the lower court intact, and that was the holding of the case in U.S. Bank Corp, where in that case, due to the settlement of the case during the appeal, the court found that because that was procured by the actions of the settling party, the losing party below in settling the case, that the court could not use its equitable powers to vacate the judgment below. Again, as I stated a few minutes ago, the court in U.S. Bank Corp stated it would be as if the appeal was never filed. Your Honor, in this regard, we believe that the proper remedy in this case and the proper disposition of the appeal in answering Question 3 that was presented by the court on July 15, 2020, would be to dismiss the appeal as moot due to Dr. Patel's failure to appeal his claim for damages, thus avoiding any claim that he might have under HCQA, number one, and number two, not vacating the judgment of the lower court. With any remaining time that I have, I would be happy to answer any questions that the court may have at this time. I don't hear any, Mr. Jourdan. Thank you for your argument. Mr. Mishmahajian, you have five minutes. Thank you, Your Honor. I'd like to briefly address that concept of mootness. I mentioned briefly the case, I think, of Blankenship v. Blackwell. That was my main argument. If I didn't, I mention it now. It's 429F3D254. It's the Sixth Circuit Court of Appeals case in 2005. The doctrine of mootness is based on two factors, one being no live dispute and the second being contribution or false of the appealing party. Now, the bank court case that Mr. Jourdan and this court has cited, that involved a settlement. To my knowledge, based on my research, prior to this hearing, the doctrine of mootness has never been applied simply because the appealing party is found to have lacked subject matter jurisdiction in the initial action. And so this idea that Dr. Pell... No, I think you're misunderstanding the point about mootness. Here's the point. Your federal law issue that you've raised as a defense to damages, the defendant, what would be the hypothetical defendant in the action, the district court center, is not entitled to that defense. As a defense to your claims under state law is a moot controversy because the district court also ruled that your state law claims fail and you didn't appeal that ruling. So even if we agreed with you about the federal defense, it wouldn't matter. It would be moot because you didn't appeal the ruling against your state law claims. That's what the mootness point is. I understood Hamilton Medical Center also to make the argument that Dr. Pell had somehow initiated or was somehow responsible for this mootness simply by bringing the district court action in the first place. I would like to know... The argument, and this is what was addressed in our questions to counsel, is that by failing to appeal that aspect of the district court's ruling, the appeal is moot. With all that said, we do continue to advocate and argue that the correct action if this court determines that there is no subject matter jurisdiction in this court and indeed at the outset of the case would be to remand with directions to vacate and to dismiss for lack of subject matter jurisdiction. And with that, unless there are further questions from the court, I would give back my remaining time to the court. Okay. Well, thank you. We always appreciate that and we'll be in recess until tomorrow morning.